# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| DELFON BLAIR,<br>Plaintiff, | Case No. 1:13-cv-182 |
| vs | Barrett, J.<br>Bowman, M.J. |
| WARREN COUNTY JAIL, et al.,<br>Defendants. | **ORDER** |

On March 18, 2013, plaintiff submitted a motion for leave to proceed *in forma pauperis* in this prisoner civil rights action. (Doc. 1). On April 19, 2013, the Court denied his motion, finding that pursuant to 28 U.S.C. § 1915, "[p]laintiff may not proceed *in forma pauperis* in this civil action because three prior complaints filed by plaintiff with this Court have been dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted." (Doc. 11). Plaintiff was ordered to pay the full $350 filing fee within thirty (30) days of the Court's April 19, 2013 Order. *Id.*

This matter is now before the Court on plaintiff's "objection to Judge orders conjunction exten[s]ion of time to answered motion." (Doc. 12). In the motion, plaintiff indicates that he has filed objections in his three cases that were dismissed pursuant to § 1915. *See id.* He requests that the Court grant him an extension of time to comply with the Court's April 19, 2013 Order, requiring that plaintiff pay the full filing fee in this action, until the Court has ruled on his objections contesting the dismissal of his three prior cases. *See id.*

To the extent that plaintiff seeks reconsideration of the dismissal of his prior cases his motion is **DENIED** as moot. The Court has already denied each of petitioner's objections filed in his prior cases. *See Delfon Blair v. Walmart, et al.*, No. 1:13-cv-173 (S.D. Ohio Mar. 18, 2013) (Beckwith, J.; Bowman, M.J.) (Doc. 20), *Delfon Blair v. Best Buy, et. al.*, No. 1:13-cv-

174 (S.D. Ohio Mar. 18, 2013) (Weber, J.; Litkovitz, M.J.) (Doc. 17), *Delfon Blair v. Warren County Jail*, No. 1:13-cv-175 (S.D. Ohio Mar. 18, 2013) (Barrett, J.; Litkovitz, M.J.) (Doc. 16).

Plaintiff's motion for an extension of time is **GRANTED** to the extent that he shall have **thirty (30) days** from the date of this Order to pay the full $350 filing fee in this matter. Plaintiff is again advised that his failure to pay the full filing fee within thirty days will result in the dismissal of his action. *See In re Alea*, 286 F.3d 378, 382 (6th Cir. 2002).

**IT IS SO ORDERED.**

Date: May 13, 2013

Michael R. Barrett, Judge
United States District Court

2